**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>BITMOVIN, INC.,<br><br>　　　　　　Defendant. | C.A. No. 19-cv-179-CFC |

## **STIPULATION TO DISMISS**

The parties hereby agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action. Plaintiff's claims are dismissed with prejudice and Defendant's counterclaims are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: September 24, 2019

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
phone 302-777-0300
fax 302-777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Uniloc 2017 LLC*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael Flynn
Michael Flynn (#5333)
Jeffrey J. Lyons (#6437)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@mnat.com
jlyons@mnat.com

*Attorneys for Defendant Bitmovin, Inc*